AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Fisher, William J. | 2. Court or Organization<br><br>District of Minnesota | 3. Date of Report<br><br>06/12/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>232 Warren E. Burger Federal Building and US Courthouse<br>316 North Robert Street<br>St. Paul, MN 55101 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Community Faculty Member (similar to adjunct professor) | Metropolitan State University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, William J. | 06/12/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | State of Minnesota (teaching at Metropolitan State University two semesters) | $12,192.12 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | US Bank National Association |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/08/2017-10/11/2017 | Las Vegas | lodging for conference | lodging - partial payment |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, William J. | 06/12/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US Bank | credit cards in normal course | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, William J. | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Markettrack All (SWEGX) | A | Dividend | K | T | | | | | |
| 2. SPDR Dow Jones (DIA) | D | Dividend | O | T | | | | | |
| 3. Altria Group Inc. (MO) | B | Dividend | K | T | | | | | |
| 4. Donaldson Company (DCI) | A | Dividend | K | T | | | | | |
| 5. Kraft Heinz Company (KHC) | A | Dividend | J | T | | | | | |
| 6. McDonald's Corp. (MCD) | A | Dividend | K | T | | | | | |
| 7. Mondolez (MDLZ) | A | Dividend | K | T | | | | | |
| 8. Pfizer Incorporated (PFE) | B | Dividend | L | T | | | | | |
| 9. Phillip Morris International (PM) | C | Dividend | L | T | | | | | |
| 10. Schwab S and P 500 Index Fund FD (SWPPX) | | None | J | T | Buy (add'l) | 12/29/17 | J | | |
| 11. Health Savings Account (H) | | | | | | | | | |
| 12. - Money Market Account (see part VIII) | A | Interest | J | T | | | | | |
| 13. Individual Retirement Account Plan (H) | | | | | | | | | |
| 14. - Vanguard Institutional Index Plus | A | Dividend | K | T | | | | | |
| 15. IRA (H) | | | | | | | | | |
| 16. - Putnam Inernational Equity Class A | A | Dividend | J | T | | | | | |
| 17. - Putnam Voyager Class A n/k/a Putnam Growth Opptys | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, William J. | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Columbia Seligman Global Technology Fund Class A (HGTX) | A | Dividend | J | T | | | | | |
| 19. - Columbia Select International Equity Fund Class A (NIAX) | A | Dividend | J | T | | | | | |
| 20. - Columbia Large Cap Growth Fund Class A (LEGAX) | A | Dividend | J | T | | | | | |
| 21. - Columbia Mid Cap Growth Fund Class A (CBSAX) | A | Dividend | J | T | | | | | |
| 22. 401K (H) | | | | | | | | | |
| 23. - Vanguard Target Retirement 2025 Retirement Plus | | None | N | T | | | | | |
| 24. IRA (H) | | | | | | | | | |
| 25. - First American Class Prime Obligations (Y) | | | | | | | | | |
| 26. - Eaton Vance Funds Greater China Growth Fund | A | Dividend | J | T | | | | | |
| 27. IRA(H) | | | | | | | | | |
| 28. - Schwab International Equity (SCHF) | A | Dividend | J | T | Buy | 12/13/17 | J | | |
| 29. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 30. - Schwab US Large Cap ETF (SCHX) | A | Dividend | J | T | Buy | 12/13/17 | J | | |
| 31. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 32. - Schwab US Small Cap ETF (SCHA) | A | Dividend | J | T | Buy | 12/13/17 | J | | |
| 33. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 34. Charles Schwab Bank (bank account) | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, William J. | 06/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pension Acount (US Bank) | | | | | | | | | |
| 36. - 2010 Cash Balance Plan (X) | B | Interest | L | T | | | | | |
| 37. - Cash Balance Plan (pre-2002) (X) | B | Interest | K | T | | | | | |
| 38. Bank of America (bank account) | A | Interest | K | T | | | | | |
| 39. US Bank (bank accounts) | A | Interest | M | T | | | | | |
| 40. Schwab Brokerage/Sweep Account (X) | A | Interest | L | T | | | | | |
| 41. Mass Mutual (whole life insurance) | A | Dividend | J | T | | | | | |
| 42. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, William J. | 06/12/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  As to the 401k listed on line 23 of Part VII, my wife was told there were no dividends by the plan administrator.

2.  As to the Money Market account listed on line 12 of Part VII, it is assumedly FDIC insured as the state administrator cannot identify a specific money market.

3.  The cash plans listed on lines 36 and 37 apparently consist of cash to be paid on retirement of my wife and were inadvertently left off previous disclosures. They are administered only by her employer. She also apparently has a vested pension (inadvertently left off previous disclosures) which will be paid by her employer monthly upon her retirement but there is no account so no value can be reported.

4.  The investments of a dependent (in 2017 for the last time) in lines 28, 30, and 32 Part VII are in an IRA (purchases on 12/13) but also in a regular investment account (12/15 puchases). They are aggregated for the totals in lines 28, 30 and 32.

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, William J. | 06/12/2018 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ William J. Fisher**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544